FOSTER TAFT
pacer@taft.us
pro se
9 Carriage Square
Oxnard, CA 93030
805-983-7657

FILED
CLERK, U.S. DISTRICT COURT

MAY - 6 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FOSTER TAFT | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:15-cv-02685 DSF(MRWx) |
| v. | |
| NABISCO, et. al. | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) KKR & CO LP; KKR CAPITAL MARKETS; KKR & CO LLC;
is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by Foster Taft       (Amended Complaint)                                     .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

May 1, 2015                                           _____
       Date                                              Signature of Attorney/Party

NOTE: **F.R.Civ.P. 41(a)**: *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c)**: *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

GALVIN PROCESS SERVICE
8604 TANZANITE CT
RALEIGH, NC. 27615

AFFIDAVIT OF SERVICE

DOCKET NUMBER    CV15-02685 DSF(MRW          FILE NUMBER : 2014 10856

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF : FOSTER TAFT

    VS

DEFENDANT: NABISCO , MONDELEZ INTERNATIONAL, REYNOLDS AMERICAN INC. PHILIP MORRIS INTERNATIONAL INC, PHILIP MORRIS USA INC., ALTRIA GROUP INC.,KKR & CO. LP, KRAFT FOODS GROUP INC., GENERAL MILLS, and DOES 1 THROUGH 10, INCLUSIVE

SERVICE OF PROCESS ON :   REYNOLDS AMERICAN INC. BY SERVICE TO CORPORATION SERVICES COMPANY AS REGISTERED AGENT

METHOD OF SERVICE: A true and correct copy of the above described papers were  served on the above named party in the following man

CORPORATE SERVICE TO:  HEATHER HUGHES AS AUTHORIZED AGENT

PLACE OF SERVICE:   327 HILLSBOROUGH ST, RALEIGH, NC. 27603 ( WAKE COUNTY)

DATE OF  SERVICE  4-20-15          TIME  11:00 AM

TYPE OF DOCUMENTS:   cover sheet,  amended summons  in a civil action,  amended complaint, notice of interested parties, notice of reservation of right to jury trial

DESCRIPTION OF PARTY  THE PERSON RECEIVED THE DOCUMENTS I DESCRIBED AS
SEX  f   RACE   w  FACIAL HAIR   NO    AGE   40  WEIGHT  245   HEIGHT  5'9'     HAIR COLOR . BROWN

MILITARY STATUS    ( X ) NOT  ENGAGED  IN US MILITARY ( ) IN US MILITARY BRANCH_____UNKNOWN
MARITAL STATUS     ( ) SINGLE   ( ) MARRIED ( ) SEPARATED (  xx) UNKNOWN
IS THE PROPERTY A MOBIL HOME  ( ) YES  ( XX) NO

COMMENTS:

Signature of process server: The understated declares under penalty of perjury that the foregoing is true and correct and the deponent Is over the age of 18 and is not a party  to or interested in this action
NAME   Patrick Galvin         SIGNATURE _____   DATE  4-22-14
NOTARY PUBLIC SWORN AND SUBSCRIBED BEFORE ME THIS 22nd DAY OF April IN THE YEAR OF 2015
IDENTIFIED BY THE FOLLOWING DOCUMENT   NC DL

_____                    Christie D Hoyle
NOTARY PUBLIC LEGAL SIGNATURE            NOTARY PUBLIC FOR  Wake County, NC
COMMISSION EXPIRES  June 27, 2018