JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOSTER TAFT, | Case No.: CV15-2685 DSF (MRWx) |
| Plaintiff, | |
| v. | JUDGMENT |
| NABISCO; NABISCO, INC; MONDELEZ INTERNATIONAL; MONDELEZ INTERNATIONAL, INC; REYNOLDS AMERICAN INC; PHILIP MORRIS INTERNATIONAL, INC; PHILIP MORRIS USA, INC; ALTRIA GROUP, INC; KRAFT FOODS GROUP, INC; GENERAL MILLS; GENERAL MILLS, INC; and DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | |

Plaintiff having voluntarily dismissed without prejudice Defendants Philip Morris International, Inc., Philip Morris USA, Inc., Reynolds American Inc., and Altria Group, Inc., and the Court having dismissed with prejudice all claims against Nabisco, Nabisco, Inc., Mondelez International, Mondelez International, Inc., Kraft Foods Group, Inc., General Mills, and General Mills, Inc. (Prevailing Defendants).

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that Prevailing Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

All claims against any remaining DOE Defendants are dismissed.

Dated: 8/5/15

_____
Dale S. Fischer
United States District Judge